**SIGNED.**

Dated: February 18, 2010

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

**MCGUIRE GARDNER P.L.L.C.**
Pernell W. McGuire (SBN 015909)
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregardner.com
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In Re:<br><br>Shirley Boprey,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. **2:09-bk-15518-SSC**<br><br>**ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5**<br>**(Claim No. 2-1)** |
|---|---|

The Court having considered the Debtor's December 30, 2009, Objection to Proof of Claim Filed by The Bank Of New York Mellon, FKA The Bank Of New York As Successor In Interest To JPMorgan Chase Bank NA As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Alt-A Trust 2005-5, Mortgage Pass-Through Certificates, Series 2005-5 (Claim No. 2-1) ("Objection") objecting to Claimant's alleged mortgage arrearage claim in the amount of $186,150.57, and it appearing to the Court that on December 30, 2009, proper service of the Objection was made to the parties in interest, and there being no response(s) thereto,

**IT IS HEREBY ORDERED** sustaining the Debtor's Objection to Claimant's Proof of Claim as a mortgage arrearage claim.

**IT IS FURTHER ORDERED** allowing Claimant a secured claim in the amount of $186,150.57.

Dated this _____ day of _____, 20___.

                                          Honorable Sarah Sharer Curley
                                          United States Bankruptcy Judge